1  James H. Berry, Jr. (State Bar No. 075834)
   Kevin R. Lussier (State Bar No. 143821)
2  Esperanza V. Cervantes (State Bar No. 197953)
   BERRY & PERKINS
3  A Professional Corporation
   2049 Century Park East, Suite 950
4  Los Angeles, California  90067-3134
   Telephone:  (310) 557-8989
5  Facsimile:   (310) 788-0080

6  Attorneys for Defendant
   THE PEPSI BOTTLING GROUP, INC.
7

8  Richard S. Miller, (State Bar No. 63760)
   LAW OFFICES OF RICHARD S. MILLER
9  1600 South Main Street, Suite 230
   Walnut Creek, CA 94596
10 Telephone:  (925) 926-0500
   Facsimile:   (925) 926-0355
11
   Attorneys for Plaintiff
12 DENCO FOOD SERVICES INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENCO FOOD SERVICES INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PEPSI BOTTLING GROUP, of NORTHERN CALIFORNIA, INC., a California corporation and DOES 1 through 25,<br><br>  Defendants. | Case No.  C04-03740 MJJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NON-EXPERT DISCOVERY AND DISPOSITIVE MOTIONS CUTOFF DATES |

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NON-EXPERT DISCOVERY AND DISPOSITIVE MOTIONS CUTOFF DATES

1  WHEREAS the parties believe this matter can be resolved through
2  participation in mediation conducted by a private mediator;
3  WHEREAS the parties are attempting to schedule such a mediation to occur
4  in July or August 2005; and
5  WHEREAS the schedule established by this Court at the January 11, 2005
6  scheduling conference would require the parties to expend time and money
7  completing non-expert discovery and filing dispositive motions in July 2005, which
8  expenditures the parties both believe may be unnecessary and may hinder the
9  prospects of settlement at the planned mediation;
10  THEREFORE the parties hereby stipulate to and propose a continuance of
11  certain pre-trial deadlines to permit the parties to give their full time and attention
12  to mediating this dispute before a professional mediator in July or August 2005.
13  The parties stipulate that the pre-trial schedule be modified as follows:
14  1. Non-expert discovery cutoff modified to August 30, 2005 from July 15,
15  2005; and
16  2. Dispositive motions to be heard by September 13, 2005 (modified from
17  August 30, 2005).
18  IT IS SO STIPULATED.
19  DATED: July __, 2005          LAW OFFICES OF RICHARD S. MILLER
20
21  By /s/ Richard S. Miller
22  Richard S. Miller
    Attorneys for Plaintiff
    DENCO FOOD SERVICES INC.

BERRY & PERKINS
A PROFESSIONAL CORPORATION

- 2 -
STIPULATION AND PROPOSED ORDER CONTINUING NON-EXPERT DISCOVERY
AND DISPOSITIVE MOTIONS CUTOFF DATES

| | | |
|---|---|---|
| 1 | DATED: July 1, 2005 | BERRY & PERKINS |
| 2 | | A Professional Corporation<br>James H. Berry, Jr. |
| 3 | | Kevin R. Lussier<br>Esperanza V. Cervantes |

By _____/s/ Kevin R. Lussier_____
Kevin R. Lussier
Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

## ORDER

GOOD CAUSE APPEARING THEREFORE, the non-expert discovery cutoff shall be continued from July 15, 2005 to August 30, 2005 and dispositive motions shall be heard by September 13, 2005, as modified from August 30, 2005.

IT IS SO ORDERED:

DATED: 7/6/2005                              _____/S/_____
                                    UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NON-EXPERT DISCOVERY AND DISPOSITIVE MOTIONS CUTOFF DATES