IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENCO FOOD SERVICES, INC., | |
| Plaintiff, | No. C 04-3740 MJJ |
| v. | **ORDER TO SHOW CAUSE** |
| PEPSI BOTTLING GROUP OF NORTHERN CALIFORNIA INC., | |
| Defendant. | |

On August 9, 2005, Defendant Pepsi Bottling Group of Northern California ("Defendant") filed a motion for summary judgment in the above-captioned case. Plaintiff Denco Food Services, Inc.'s ("Plaintiff") opposition to that motion was due no later than August 23, 2005. As of the date of this Order, the Court has not received Plaintiff's opposition. Plaintiff is hereby ordered to show cause, in writing, by August 30, 2005, why Defendant's motion should not be granted in light of Plaintiff's failure to respond. Plaintiff must simultaneously submit its opposition, or statement of non-opposition, to the summary judgment motion. Defendant's reply, if any, should be filed no later than September 6, 2005. Oral argument on Defendant's motion for summary judgment, currently scheduled for September 13, 2005, is hereby continued to September 27, 2005, at 9:30 am.

**IT IS SO ORDERED.**

Dated: August 24, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE