E-FILING

1  James H. Berry, Jr. (State Bar No. 075834)
   Kevin R. Lussier (State Bar No. 143821)
2  Esperanza V. Cervantes (State Bar No. 197953)
   BERRY & PERKINS
3  A Professional Corporation
   2049 Century Park East, Suite 950
4  Los Angeles, California 90067-3134
   Telephone: (310) 557-8989
5  Facsimile: (310) 788-0080

6  Attorneys for Defendant
   THE PEPSI BOTTLING GROUP, INC.
7

8  Richard S. Miller, (State Bar No. 63760)
   LAW OFFICES OF RICHARD S. MILLER
9  1600 South Main Street, Suite 230
   Walnut Creek, CA 94596
10 Telephone: (925) 926-0500
   Facsimile: (925) 926-0355
11
   Attorneys for Plaintiff
12 DENCO FOOD SERVICES INC.

**FILED**

OCT 0 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENCO FOOD SERVICES INC., a California corporation, | Case No. C04-03740 MJJ |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| PEPSI BOTTLING GROUP, of NORTHERN CALIFORNIA, INC., a California corporation and DOES 1 through 25, | |
| Defendants. | |

BERRY & PERKINS
A PROFESSIONAL CORPORATION

- 1 -

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: ~~August~~ September 28, 2005

LAW OFFICES OF RICHARD S. MILLER

By *(signed)* Richard S. Miller
Richard S. Miller
Attorney for Plaintiff
DENCO FOOD SERVICES INC.

DATED: ~~August~~ September 29, 2005

BERRY & PERKINS
A Professional Corporation
James H. Berry, Jr.
Kevin R. Lussier
Esperanza V. Cervantes

By *(signed)* Kevin R. Lussier
Kevin R. Lussier
Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

IT IS SO ORDERED

*(signed)*
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
10/3/2005
DATE

- 2 -
STIPULATION OF DISMISSAL